# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Santiago ESQUIVEL Gonzalez<br>A XXX XXX 718<br><br>*Defendant(s)* | Case No. SA-25-MJ-1170 |

**FILED**
August 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AC_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 19, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.SC. § 922(g)(5) | Illegal Alien in Possession of a Firearm<br><br>Penalties: Up to 15 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

JESUS I MORIN
Digitally signed by JESUS I MORIN
Date: 2025.08.20 08:54:31 -05'00'

*Complainant's signature*

Jesus Morin, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 20, 2025

*Judge's signature*

City and state: San Antonio, Texas    HENRY J. BEMPORAD, US MAGISTRATE JUDGE
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Jesus Morin, and I am a Special Agent with Homeland Security Investigations (HSI). I have been employed by HSI since February 10, 20015. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. On or about August 12, 2025, Santiago ESQUIVEL Gonzalez (hereafter ESQUIVEL) came to HIS attention via a source of information (SOI). HSI received information ESQUIVEL was a native and citizen of Mexico unlawfully present in the United States in possession of firearms and trafficking firearms.

3. I conducted immigration history and criminal history inquiries and determined ESQUIVEL to be an alien illegally present within the United States with assigned Alien Registration Number A-XXX-XXX-718. ESQUIVEL was previously encountered by US Border Patrol twice - on July 9, 2021, and July 15, 2021, resulting in two Title 42 expulsions to Mexico. There was no indication in DHS records ESQUIVEL applied for or received legal permission to re-enter, pass through, or remain in the United States.

4. HSI introduced an undercover agent (UCA) to purchase firearms and cocaine from ESQUIVEL. On August 19, 2025, the HSI UCA met with ESQUIVEL in the 800 block of Northwest Loop 410 in San Antonio, Texas, 78216 located within the Western District of Texas, to purchase firearms. ESQUIVEL arrived at the location with five firearms in his vehicle, and showed the five firearms to the UCAs. ESQUIVEL was arrested without incident for violation of Title 18 U.S. Code Section 922(g)(5) Illegal Alien in Possession of Firearm.

5. I am aware that one of the firearms purchased from ESQUIVEL, a CGA/Glnic L.A, CA, SKS, 7.62x39mm, rifle with Serial Number: 8902739 was manufactured outside the state of Texas, and its markings indicate it was made in China, traveling in interstate and foreign commerce.

6. ESQUIVEL was subsequently transported to the HSI office in San Antonio, TX for further questioning and processing. Agents read ESQUIVEL his Mirando Rights which he acknowledged and agreed to answer questions without the presence of an attorney. ESQUIVEL stated he was illegally present in the U.S. and stated he had acquired the firearms from coworkers. ESQUIVEL admitted to knowing it was illegal to possess the firearms and stated he agreed to sell the firearms to the UCA for financial gain.

7. At the HSI office, ESQUIVEL's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases checks confirmed that ESQUIVEL is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-718 with no legal immigration documents to be present in the U.S. Immigration databases revealed that ESQUIVEL has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his Title 42 removals. The immigration database checks further revealed that ESQUIVEL has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removals.

8. Based on the foregoing facts, there is probable cause to believe that ESQUIVEL, knowing he was an alien illegally and unlawfully in the U.S., knowingly possessed firearms in violation of Title 18 United States Code, Section 922(g)(5).

_____
JESUS I MORIN
Digitally signed by JESUS I MORIN
Date: 2025.08.20 09:06:14 -05'00'

Jesus Morin
Special Agent
Homeland Security Investigations

Subscribed and sworn before me the ___20th___ day of August 2025.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE